# EXHIBIT "A"

EXHIBIT A

# CLERK'S EXHIBIT LISTING

JUDGE: The Honorable Yvette Kane

Abbreviated Name of Case: Daniel Danchision, et al. v. Adam Webber

Case No.: 1:07-CV-01617

Name of party submitting this list: Defendant

(Judge's trial notes: vertical lines equal ditto marks throughout; W equals witness)

| Exhibit Initial and No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-1 | Text of Fourth Amendment | | | | |
| D-2 | Text of Criminal Charges | | | | |
| D-3 | Illustrative photographs of scene | | | | |
| D-4 | Illustrative photographs of police station | | | | |
| D-5 | Voluntary Statement of Jason Muraczewski | 3/30/2007 | | | |
| D-6 | Voluntary Statement of Robert Gleeson | 3/30/2007 | | | |
| D-7 | Use of Force Report prepared by Officer Adam Webber | 3/30/2007 | | | |
| D-8 | Annville Township Police Department Supplemental Reports prepared by Officer Adam Webber | 3/30/2007 | | | |
| D-9 | Annville Township Police Department Supplemental Report prepared by Officer Adam Webber | 4/19/2007 | | | |
| D-10 | EMS Patient Refusal Checklist - First Aid and Safety Patrol of Lebanon responded - form signed by Officer Adam Webber | 3/30/2007 | | | |
| D-11 | Photographs (black & white copies) of injuries sustained by Officer Adam Webber | 3/30/2007 | | | |

| Exhibit Initial and No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-12 | Criminal trial transcript of Commonwealth of Pennsylvania v. Daniel Danchision held before Magisterial District Judge Michael Smith | 4/19/2007 | | | |
| D-13 | Criminal trial transcript of Commonwealth of Pennsylvania v. Daniel Danchision held before Magisterial District Judge Lee Lehman | 6/28/2007 | | | |
| D-14 | Annville Township Police Department - Discussion of Investigation or Case form completed by Officer Adam Webber | 8/8/2007 thru 2/14/2008 | | | |
| D-15 | Police Criminal Complaints including Affidavits of Probable Cause filed by Officer Adam Webber | 3/30/2007 5/4/2007 9/6/2007 | | | |
| D-16 | Pennsylvania Department of Transportation Bureau of Driver Licensing Certified Driver History for Daniel Danchision | 3/30/2007 | | | |
| D-17 | Annville Township Police Department Patrol Procedures | 9/2/2004 | | | |
| D-18 | McAteer letter addressed to Magisterial District Judge Lee Lehman | 7/31/2007 | | | |
| D-19 | Judge Robert J. Eby's Order | 8/21/2007 | | | |
| D-20 | Commonwealth of Pennsylvania's Petition for Appointment of Special District Justice or in the Alternative Petition for a Preliminary Hearing in the Lebanon County Court of Common Pleas | 8/20/2007 | | | |
| D-21 | Officer Adam Webber's Training and Education records | | | | |

| Exhibit Initial and No. | Description of Object or Item | Document Dated | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| D-22 | Deposition transcript of Daniel Danchisision | 7/28/2008 | | | |
| D-23 | Deposition transcript of Jason Muraczewski | 7/28/2008 | | | |
| D-24 | Deposition transcript of Adam Webber | 5/9/2008 | | | |
| D-25 | Videotape deposition transcript of Robert Gleeson | 7/28/2008 | | | |
| D-26 | Report of Richard F. Garipoli, Jr. | 8/11/2008 | | | |
| D-27 | Supplemental Report of Richard F. Garipoli, Jr. | 9/2/2008 | | | |
| D-28 | Curriculum Vitae of Richard F. Garipoli, Jr. | | | | |
| | Defendant reserves the right to supplement this list of exhibits prior to trial. | | | | |